IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| DELMONICO'S GOURMET MARKET PRUDENTIAL, LLC | ) ) | Case No. 06-03372 |
| Debtor. | ) | Judge Susan Pierson Sonderby |

## SUMMARY OF DIMONTE & LIZAK, LLC'S
## FEE APPLICATION AND ADDITIONAL DISCLOSURES

1. Name of Applicant:  DiMonte & Lizak, LLC

2. Role of Applicant:  Counsel for Trustee

3. Name of Certifying Professional:  Ira P. Goldberg

4. Name of Person/Entity Reviewing Petition:  Richard J. Mason

5. Result of Petition Review:  _X_ Approved ____ Disapproved

6. Explanation of Disapproval:  Not Applicable

7. Is Compensation Being Sought Pursuant to 11 U.S.C. § 503(b)?  ____ Yes _X_ No

8. Terms of Employment  Hourly rates/ 11 U.S.C. § 330, et seq. As per court order.

9. Promised Payment:  N/A

10. Source(s) of Compensation:  Monetary recoveries of the Estate.

11. Terms of Any Retainer:  N/A

12. Applicable caps on compensation or other charges:  N/A

**EXHIBIT A**

| | | |
|---|---|---|
| 13. | Is compensation being sought less than 120 days after the order for relief: | ___Yes _X_ No |
| 14. | Date and terms of order, if any, allowing shortened interval for fee petitions: | N/A |
| 15. | Date of Fee Application: | At final meeting |
| 16. | Dates of Services Reimbursement Sought: | August 22, 2006 through and including the hearing hereon |
| 17. | Total Gross Amount of Requested Professional Fees (from Exhibit C) | $12,500.00 |
| 18. | Remaining Non-Awarded Fee Retainer Received | N/A |
| 19. | Remaining Non-Awarded Professional Fee Payments From Other Sources | N/A |
| 20. | TOTAL "NET" AMOUNT OF REQUESTED PROFESSIONAL FEE | $12,500.00 |
| 21. | Total Gross Amount of Requested Reimbursement of Disbursements and Expenses (from Exhibit C) | $61.20 |
| 22. | Remaining Non-Awarded Cost Retainer Received | $ N/A |
| 23. | Remaining Non-Awarded Other Cost Payments | $ N/A |
| 24. | TOTAL "NET" AMOUNT OF REQUESTED DISBURSEMENT | $61.20 |

| | | |
|---|---|---|
| 25. | TOTAL NET REQUESTED AWARD (FEES & COSTS FOR FEE APPLICATION) | $12,561.20 |

## CASE INFORMATION

| | | |
|---|---|---|
| 1. | Date Case Filed: | March 31, 2006 |
| 2. | Date of Order Approving Professional Employment: | September 6, 2006 (Retroactive to August 22, 2006) |
| 3. | Date Services Commenced: | On or about August 22, 2006 |
| 4. | Date(s) and Source(s) of Retainer: | N/A |
| 5. | Total Amount of Fee Retainer Received: | N/A |
| 6. | Total Amount of Cost Retainer Received: | N/A |
| 7. | Date of Disclosure of Compensation (FRBP 2016): | N/A |
| 8. | Date Plan Filed: | N/A |
| 9. | Date Disclosure Statement Filed: | N/A |
| 10. | Expected Date of Plan Filing: | N/A |
| 11. | Expected Date of Disclosure Statement Filing: | N/A |
| 12. | Have All Quarterly Fees Been Paid to the United States Trustee?: Explanation: | N/A |
| 13. | Have all monthly operating reports been filed?: | N/A |

Explanation:

| | | |
|---|---|---|
| 14. | Cash on Hand | Approx. $22,000.00 |
| 15. | Unencumbered Funds on Hand | Approx. $22,000.00 |
| 16. | Accrued Administrative Expenses | $ Unknown |
| | a. Attorney Fees and Expenses: | $ Unknown - Fee Applications Pending |
| | b. DIP Obligations: | $ NONE |
| | c. Accountants Fees and Expenses | $ Undetermined |
| | d. Requested Chapter 7 Trustee Fee | $ Undetermined |
| | e. Chapter 11 Trustee Fee | $ N/A |
| | f. Other: | $ Total unknown |
| 17. | Total Prior Contingent Professional Fees Awarded | $ |
| 18. | Total Prior Actual Expenses Awarded: | $ |
| 19. | Total Professional Fee Payments From Other Sources: | $N/A |
| | (a)    (Date: _____; $_____) | |
| 20. | Total Cost Payments From Other Sources: | $N/A |
| | (a)    (Date: _____; $_____) | |
| | (b)    (Date: _____; $_____) | |

**EXHIBIT A - SUMMARY SHEET**

In Re: )
 ) Chapter 7
DELMONICO'S GOURMET ) 06-03372
MARKET PRUDENTIAL, LLC, )
 )
Debtor. ) Hon. Susan Pierson Sonderby
 ) Bankruptcy Judge

| | |
|---|---|
| Fees Previously Requested | $-0- |
| Fees Previously Awarded | $-0- |
| Expenses Previously Requested | $-0- |
| Expenses Previously Awarded | $-0- |
| Retainer Paid | $-0- |
| NAME OF APPLICANT: | DiMonte & Lizak, LLC |
| ROLE IN THE CASE: | Role in Case: Counsel for the Trustee |
| CURRENT APPLICATION: | |
| Fees Requested: | $12,500.00 |
| Expenses Requested: | $     61.20 |
| Total: | $12,561.20 |

## FEE APPLICATION

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED | RATE | TOTAL FOR APPLICATION CURRENT APPLICATION |
|---|---|---|---|---|
| **ATTORNEYS** | | | | |
| Ira P. Goldberg (Developmental Partner) | 1983 | 65.90 | $285.00-$295.00 | $18,346.50 |
| Total: | | 65.90 | | $18,346.50[1] |
| | | **TOTAL BLENDED HOURLY RATE:** (Excluding Paraprofessionals and Docket Clerk) | | $278.40 |
| | | **TOTAL BLENDED CAPPED RATE** | | $189.68 |

---

[1] Although over 18,000.00 in time (including $885.00 in anticipated time) has or will be incurred herein, D&L has agreed with the Trustee that it would seek final compensation in the amount of $12,500.00 plus reimbursement of expenses. This was agreed to prior to the preparation of Trustee's Motion to Approve Settlement and For Other Relief ("Compromise Motion") presented to this Court on or about June 6, 2007. As reflected in the Compromise Motion, D&L agreed to cap its fees so as to create an excellent likelihood of a distribution to general unsecured creditors. General unsecured creditors have filed timely claims in an amount less than $34,000.00.