## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7 CASE** |
| | ) | |
| **DELMONICO'S GOURMET MARKET** | ) | **Case No. 06 B 03372** |
| **PRUDENTIAL, LLC.,** | ) | |
| | ) | |
| **Debtor.** | ) | **HON. SUSAN PIERSON SONDERBY** |

### TRUSTEE'S FINAL REPORT

**To:**   THE HONORABLE BANKRUPTCY JUDGE SUSAN PIERSON SONDERBY

NOW COMES Richard J. Mason, Trustee herein, and respectfully submits to the Court

and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      Delmonico's Gourmet Market Prudential, LLC, (the "Debtor") filed a voluntary

petition for relief under Chapter 7 of the U.S. Bankruptcy Code (the "Code") on March 31, 2006.

Richard J. Mason was appointed as the Chapter 7 trustee (the "Trustee") on or about March 31,

2006. The Trustee's case bond is in the amount of $5,000,000.

2.      The Trustee certifies that he has concluded the administration of this estate and

has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt

assets of the estate have either been converted to cash, disposed of under orders of this Court, or

are sought to be abandoned by the Trustee; there is no other property belonging to the estate;

there are no matters pending or undetermined; claims have been reviewed; and all claim

objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found

it advisable to oppose any discharge of the Debtor. The Trustee certifies that this estate is ready

to be closed. The tasks performed by the Trustee are set forth in Exhibit 1.

3.    The disposition of estate property is set forth in Exhibit 2.  The property
abandoned, or sought to be abandoned, along with the reasons for such abandonment, is
described in Exhibit 2.

4.    A summary of the Trustee's Final Report as of November 20, 2007 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit 3) | $22,533.60 |
| b. | DISBURSEMENTS (See Exhibit 3) | $13,061.20 |
| c. | NET CASH available for distribution | $9,472.40 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested (See Exhibit 5) | $3,002.33 |
| | 2. Trustee Expenses (See Exhibit 5) | $0.00 |
| | 3. Compensation and expenses currently requested by attorney or other professionals for trustee | $0.00 |
| e. | Illinois Income Tax for Estate | $0.00 |

5.    The Bar Date for filing unsecured claims expired on February 8, 2007.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been
reviewed by the Trustee (See Exhibit 4).  The actual dollar amount of claims allowed and/or
requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | $16,063.53 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed Priority Claims | $0.00 |
| e. | Allowed Unsecured Claims | $33,727.60 |

7.    Unsecured creditors will receive a distribution of 19.183309%.

\4794784.1

8.    Total compensation and expenses previously awarded to Trustee's counsel, accountant or other professional was $13,061.20. Trustee's attorney's, accountant's, or other professional's compensation and expenses requested but not yet allowed is $3,002.33. The total of Chapter 7 professional fees and expenses requested for final allowance is $16,063.53 (See Exhibit 6).

9.    A fee was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of that fee pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: November 20, 2007                    RESPECTFULLY SUBMITTED,


                                            By: /s/  Richard J. Mason
                                                Richard J. Mason, Trustee

\4794784.1

## TASKS PERFORMED BY TRUSTEE

1.     The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statement of Financial Affairs.

2.     The Trustee conducted an examination of the Debtor at the Meeting of Creditors.

3.     The Trustee prepared annual reports for the United States Trustee's Office.

4.     The Trustee managed the estate's cash on hand, including investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

5.     The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

6.     The Trustee retained special counsel and monitored resolution of the dispute with the landlord of this Debtor, resulting in a recovery for the estate.

7.     The Trustee reviewed the claims filed in this case.

8.     The Trustee prepared this Trustee's Final Report.

**EXHIBIT 1**

\4794784.1

# EXHIBIT 2

Page: 1

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 06-03372 SPSA
**Case Name:** DELMONICO'S GOURMET MARKET

**Period Ending:** 11/19/07

**Trustee:** (330470)   RICHARD J. MASON
**Filed (f) or Converted (c):** 03/31/06 (f)
**§341(a) Meeting Date:** 05/19/06
**Claims Bar Date:** 02/08/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESTAURANT KITCHEN EQUIPMENT | 151,550.00 | 151,550.00 | | 22,500.00 | 129,050.00 |
| Int | INTEREST (u) | Unknown | N/A | | 33.60 | Unknown |
| 2 | **Assets   Totals (Excluding unknown values)** | **$151,550.00** | **$151,550.00** | | **$22,533.60** | **$129,050.00** |

**Major Activities Affecting Case Closing:**

Ira P. Goldberg of DiMonte & Lizak, LLC, has been retained to recover the value of the Debtor's Restaurant Kitchen Equipment.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2007       **Current Projected Date Of Final Report (TFR):**   December 31, 2007

Printed: 11/19/2007 02:20 PM   V.9.55

# EXHIBIT 3

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-03372 SPSA
**Case Name:** DELMONICO'S GOURMET MARKET

**Taxpayer ID #:** 32-0028862
**Period Ending:** 11/19/07

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-****92-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 (Ref #)/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/06/07 | {1} | Shorenstein Realty Services LP | ADVERSARY SETTLEMENT PAYMENT | 1129-000 | 22,500.00 | | 22,500.00 |
| 06/15/07 | 1 001 | American Auction Associates, Inc. | AUCTION SERVICE FEE | 2500-000 | | 500.00 | 22,000.00 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.72 | | 22,008.72 |
| 07/10/07 | 1 002 | DiMonte & Lizak, LLC | DIMONTE & LIZAK FINAL COMPENSATION | | | 12,561.20 | 9,447.52 |
| | | | FEES FOR ATTORNEY TO TRUSTEE        12,500.00 | 3210-000 | | | 9,447.52 |
| | | | EXPENSES FOR ATTORNEY TO TRUSTEE        61.20 | 3220-000 | | | 9,447.52 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.40 | | 9,456.92 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.21 | | 9,462.13 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.71 | | 9,466.84 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.56 | | 9,472.40 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 22,533.60 | 13,061.20 | **$9,472.40** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 22,533.60 | 13,061.20 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$22,533.60** | **$13,061.20** | |

{} Asset reference(s)

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-03372 SPSA
**Case Name:** DELMONICO'S GOURMET MARKET

**Taxpayer ID #:** 32-0028862
**Period Ending:** 11/19/07

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****92-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | | 5 Net Receipts $ | 6 Net Disbursements $ | 7 Account Balances |
|---|---|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | | 22,533.60 | 13,061.20 | 9,472.40 |
| MMA # ***-*****92-65 | | | | | $22,533.60 | $13,061.20 | $9,472.40 |

() Asset reference(s)

Printed: 11/19/2007 02:18 PM     V.9.55

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 29, 2007 through October 31, 2007
Account Number: **000312891899265**

---

### CUSTOMER SERVICE INFORMATION

Service Center:                    **1-800-634-5273**




00015782 DBI 802 24 30507 - NNN  1 000000000 60 0000
06-03372 DELMONICO'S GOURMET MARKET
DEBTOR
330470 RICHARD MASON TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

---

## SAVINGS SUMMARY    Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$9,466.84** |
| Deposits and Additions | 1 | 5.56 |
| **Ending Balance** | 1 | **$9,472.40** |
| Interest Paid This Period |  | $5.56 |
| Interest Paid Year-to-Date |  | $33.60 |

This account earns interest daily and the current interest rate is 0.65%.

The total interest paid this year is $33.60.

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | Interest Payment | $5.56 |
| **Total Deposits and Additions** |  | **$5.56** |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Delmonico's Gourmet Market | ) | Case No. 06-03372 |
| Prudential, LLC, | ) | Hon. Susan Pierson Sonderby |
| Debtor. | ) | Hearing Date: July 10, 2007 |
| | ) | Hearing Time: 10:00 a.m. |

## ORDER ALLOWING DIMONTE & LIZAK, LLC
## FINAL COMPENSATION AND REIMBURSEMENT
## OF EXPENSES AS COUNSEL FOR THE TRUSTEE
## AND PROVIDING OTHER RELIEF

THIS MATTER coming to be heard upon the First and Final Application to the Court of

DiMonte & Lizak, LLC ("D&L") for Allowance of Compensation and Reimbursement of Expenses

as Counsel for the Trustee, due notice having been given to those parties entitled thereto, the Court

having jurisdiction and being fully advised in the premises;

**IT IS HEREBY ORDERED** that:

A.     D&L is granted, a first and final allowance of fees in the amount of $12,500.00 along

with a reimbursement of expenses in the amount of $61.20 for a total of $12,561.20 ("Allowance");

B.     The Trustee herein, Richard J. Mason, is authorized and directed to pay the

Allowance;

C.     Further notice hereof is waived; and

D.     Ira P. Goldberg and D&L have no further obligations to render additional services in

this case.

ENTERED

JUL 1 0 2007

DATED: _____        ENTERED: _____

United States Bankruptcy Judge  SUSAN PIERSON SONDERBY
BANKRUPTCY JUDGE

Order Prepared by: Ira P. Goldberg
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 600608
Tel: (847) 698-9600 Fax: (847) 698-9623

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Delmonico's Gourmet Market | ) | |
| Prudential, LLC, | ) | Case No. 06-03372 |
| | ) | |
| Debtor. | ) | Judge Susan Pierson Sonderby |
| | ) | |
| | ) | Hearing Date: June 6, 2007 |
| | ) | |
| | ) | Hearing Time: 10:00 a.m. |

## AGREED ORDER AUTHORIZING TRUSTEE TO
## ENTER INTO SETTLEMENT WITH
## SIP NORTH STETSON VENTURE, LLC, et al. AND FOR OTHER RELIEF

This matter coming before the court upon the Trustee's Motion to Approve Settlement And For Other Relief ("Motion")[1]; due notice thereof having been given and the Court being fully advised in the premises; the Court having fully considered the Motion; the Court finding that said settlement, as outlined in the Motion, is in the best interest of the Estate and that it is fair and reasonable, and having conducted such hearing as it required under applicable law.

**IT IS HEREBY AGREED and ORDERED** as follows:

1.     Upon the entry of this order, Landlord and/or SIP shall tender the sum of $22,500.00 ("Payment") payable to Richard J. Mason, as Trustee for Delmonico's Gourmet Market Prudential, LLC;

2.     Upon clearance of the Payment, the Estate shall be deemed to waive any and all claims it has against SIP;

---

[1] Unless otherwise defined herein, all defined terms in the Motion shall have the same meaning herein.

3.     Any and all claims that SIP has against the Estate, are hereby deemed released, including, but not limited to, any rights that SIP would otherwise have to file proofs of claims against the Estate;

4.     The Trustee, after clearance of the Payment, is authorized to remit the sum of $500.00 to American Auction;

5.     Notice of the Motion is found to be sufficient and further notice is waived; and

6.     The Trustee is authorized to execute such documentation, pleadings or orders, if any, that are reasonably necessary, in the opinion of his counsel, to implement the Settlement.

# ENTERED

DATE: _____        ENTERED: _____JUN 0 6 2007_____
                                           Honorable Susan Pierson Sonderby
                                           United States Bankruptcy Judge

                                           SUSAN PIERSON SONDERBY
                                           BANKRUPTCY JUDGE

**AGREED:**

Richard J. Mason, as Chapter 7 Trustee                    SIP
of Delmonico's Gourmet Market Prudential, LLC

By: _____                              By: _____
Ira P. Goldberg, one of his attorneys                         Brian L. Shaw, one of their attorneys
Di Monte & Lizak, LLC                                         Shaw Gussis Fishman Glantz
216 West Higgins Road                                         Wolfson & Towbin, LLC
Park Ridge, Illinois 60068                                    321 N. Clark Street, Suite 800
Tel: (847) 698-9600                                           Chicago, Illinois 60610
                                                              Tel: (312) 666-2833

Order prepared by:
Ira P. Goldberg, #6185512
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel:  847-698-9600
Fax:  847-698-9623

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7 CASE** |
| | ) | |
| **DELMONICO'S GOURMET MARKET** | ) | **CASE NO. 06 B 03372** |
| **PRUDENTIAL, LLC.,** | ) | |
| | ) | |
| Debtor. | ) | **HON. SUSAN PIERSON SONDERBY** |

**PROPOSED DISTRIBUTION REPORT**

     I, RICHARD J. MASON, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that, based on my review, I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---:|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 3,002.33 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 6,470.07 |
| Surplus To Debtor: | $ | 0.00 |
| | | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ | 9,472.40 |

**<u>EXHIBIT 4</u>**

**DISTRIBUTION REPORTS**                                                    **PAGE 2**

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| **1.** | **TYPE OF CLAIMS** | $0.00 | 0.00% |
| | Secured Claims | | |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| **2.** | **TYPE OF CLAIMS** | $16,063.53 | 100% |
| | §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| N/A | RICHARD J. MASON, Trustee | $3,002.33 | $3,002.33 |
| N/A | Diamonte & Lizak, LLC | $12,561.20[1] | $0.00 |
| N/A | Special Counsel for Trustee, American Auction Auctioneer | $500.00[2] | $0.00 |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| **3.** | **TYPE OF CLAIMS** | $0.00 | 0.00% |
| | §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| **4.** | **TYPE OF CLAIMS** | $0.00 | 0.00% |
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| **5.** | **TYPE OF CLAIMS** | $0.00 | 0.00% |
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT (INCLUDING** | **DIVIDEND AMOUNT (NET OF** |

---

[1]  $12,561.20 paid per Order dated July 10, 2007.

[2]  $500.00 paid per Order dated June 6, 2007.

\4794784.1

**DISTRIBUTION REPORTS**                                                    **PAGE 3**

| | EMPLOYER-PAID TAX) | EMPLOYEE-PAID & EMPLOYER-PAID TAX) |
|---|---|---|
| **TYPE** | **ALLOWANCE** | **DIVIDEND** |

| 6. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

| 7. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $2,000.00 | | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

| 8. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $900.00 | | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

| 9. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

\4794784.1

DISTRIBUTION REPORTS                                                    PAGE 4

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

\4794784.1

DISTRIBUTION REPORTS                                                PAGE 5

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $33,727.60 | 19.183309% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Peoples Gas Light & Coke Co. | $2,513.74 | $482.24 |
| 2 | Sysco Food Svcs. | $7,009.96 | $1,344.74 |
| 3 | Alpha Baking Company | $982.53 | $188.48 |
| 4 | C. Ruffolo & Sons | $16,395.60 | $3,145.21 |
| 5 | CB Supply Inc. | $6,825.77 | $1,309.40 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

\4794784.1

**DISTRIBUTION REPORTS**                                                    **PAGE 6**

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

None

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: November 20, 2007                    By: /s/ Richard J. Mason
                                                 RICHARD J. MASON, Trustee

\4794784.1

## PROFESSIONAL FEES AND EXPENSES

| | Fees/Expenses Previously Allowed | Fees/Expenses Pending Compensation Applications | Fees/Expenses Total |
|---|---|---|---|
| Trustee (Richard J. Mason) | $0.00 | $3,002.33 | $3,002.33 |
| Trustee's Special Counsel | $12,561.20 | $0.00 | $12,561.20 |
| Trustee's Auctioneer | $500.00 | $0.00 | $500.00 |
| **TOTALS** | **$13,061.20** | **$3,002.33** | **$16,063.53** |

## EXHIBIT 6

Active\3632889.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL  60604

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7 CASE** |
| | ) | |
| **DELMONICO'S GOURMET MARKET** | ) | Case No. 06 B 03372 |
| **PRUDENTIAL, LLC.,** | ) | |
| | ) | |
| Debtor. | ) | **HON. SUSAN PIERSON SONDERBY** |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON ABANDONMENT

To the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

> At:      United States Bankruptcy Court
> 219 South Dearborn Street
> Chicago, Illinois

> On:

2.      The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.   ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $22,533.60 |
| Disbursements | $13,061.20 |
| Net Cash Available for Distribution | $ 9,472.40 |

4.      Applications and Claims for Chapter 7 Fees and Administrative Expenses have been filed as follows:

| Applicant | Compensation and Expenses Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Richard J. Mason (Trustee Fees) | $ 0.00 | $3,002.33 | $ 0.00 |
| Dimonte & Lizak, LLC (Trustee's Special Counsel) | $12,561.20 | $0.00 | $0.00 |
| American Auction (Auctioneer) | $500.00 | $0.00 | $0.00 |

5.      Applications for Chapter 11 Fees and Administrative expenses previously approved by order of this Court: $0.00

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority wage claims totaling $ 0.00 and priority tax claims totaling $ 0.00 must be paid in full for there to be any

dividend to general unsecured creditors. The wage claim priority dividend is anticipated to be 0.00% and the tax claim priority dividend is anticipated to be 0.00%.

Allowed priority wage claims are as follows:

None.

Allowed priority tax claims are as follows:

None.

7.  Claims of general unsecured creditors totaling $33,727.60 have been allowed and will be paid only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 19.183309%.

| Claim Number | Creditor | Allowed Amount | Dividend |
|---|---|---|---|
| 1 | People's Gas Light & Coke. Co. | $2,513.74 | $482.24 |
| 2 | Sysco Food Services | $7,009.96 | $1,344.74 |
| 3 | Alpha Baking Company | $982.53 | $188.48 |
| 4 | C. Ruffolo & Sons | $16,395.60 | $3,145.21 |
| 5 | CB Supply, Inc. | $6,825.77 | $1,309.40 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.  Debtor has been discharged.

11.  The Trustee proposes to abandon the following property at the hearing: None.

Dated: November 20, 2007                    For the Court,


                                            By:  KENNETH S. GARDNER
                                                 Kenneth S. Gardner
                                                 Clerk of the U.S. Bankruptcy Court
                                                 219 So. Dearborn Street; 7th Floor
                                                 Chicago, IL 60604


Trustee:        Richard J. Mason, P.C.
Address:        McGuireWoods LLP
                77 West Wacker Drive
                Suite # 4100
                Chicago, IL 60601-1815
                (312) 750-8694


\4794784.1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7 CASE** |
| | ) | |
| **DELMONICO'S GOURMET MARKET** | ) | **Case No. 06 B 03372** |
| **PRUDENTIAL, LLC.,** | ) | |
| | ) | |
| Debtor. | ) | **HON. SUSAN PIERSON SONDERBY** |

ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $3,002.33 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $3,002.33 |

**IT IS FURTHER ORDERED** that the Trustee is authorized and directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the bankruptcy Court.

DATED THIS _____ DAY OF _____ 2007.


ENTERED:_____
            HON. SUSAN PIERSON SONDERBY
            UNITED STATES BANKRUPTCY JUDGE