UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL  60604

| | |
|---|---|
| IN RE: ) | CHAPTER 7 PROCEEDING |
| ) | |
| DELMONICO'S GOURMET MARKET PRUDENTIAL, LLC., ) | CASE NO. 06 B 03372 |
| ) | |
| Debtor. ) | HON. Susan Pierson Sonderby |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON ABANDONMENT**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

| At: | United States Bankruptcy Court<br>219 South Dearborn Street, Courtroom 642<br>Chicago, Illinois 60604 |
|---|---|
| | On:  **January 8, 2008** |
| | At:  **10:30 a.m.** |

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $22,533.60 |
| Disbursements | $13,061.20 |
| Net Cash Available for Distribution | $9,472.40 |

4. Applications and Claims for Chapter 7 Fees and Administrative Expenses have been filed as follows:

| Applicant | Compensation and Expenses Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Richard J. Mason (Trustee Fees) | $ 0.00 | $3,002.33 | $ 0.00 |
| Dimonte & Lizak, LLC (Trustee's Special Counsel) | $12,561.20 | $0.00 | $0.00 |
| American Auction (Auctioneer) | $500.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 Fees and Administrative expenses previously approved by order of this Court:     $0.00

\4772827.1

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority wage claims totaling $ 0.00 and priority tax claims totaling $ 0.00 must be paid in full for there to be any dividend to general unsecured creditors. The wage claim priority dividend is anticipated to be 0.00% and the tax claim priority dividend is anticipated to be 0.00%.

   Allowed priority wage claims are as follows:

   None.

   Allowed priority tax claims are as follows:

   None.

7. Claims of general unsecured creditors totaling $33,727.60 have been allowed and will be paid only after all allowed administrative and priority claims have been paid in full[1]. The general unsecured dividend is anticipated to be 19.183309% and will be paid as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | People's Gas Light & Coke Co. | $2,513.74 | $482.24 |
| 2 | Sysco Food Services | $7,009.96 | $1,344.74 |
| 3 | Alpha Baking Company | $982.53 | $188.48 |
| 4 | C. Ruffolo & Sons | $16,395.60 | $3,145.21 |
| 5 | CB Supply, Inc. | $6,825.77 | $1,309.40 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: None.

Dated: **November 28, 2007**                                    For the Court,


                                                          By: **KENNETH S. GARDNER**
                                                              Kenneth S. Gardner
                                                              Clerk of the U.S. Bankruptcy Court
                                                              219 So. Dearborn Street; 7th Floor
                                                              Chicago, IL  60604

Trustee:     Richard J. Mason, P.C.
Address:     McGuireWoods LLP
             77 West Wacker Drive

---

[1] Dividend Amounts of less than $5.00 will be paid to the Clerk of the U.S. Bankruptcy Court.

\4772827.1

Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

\4772827.1