IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DELMONICO'S GOURMET MARKET PRUDENTIAL, LLC., | ) ) | Case No. 06 B 03372 |
| | ) | |
| Debtor. | ) | HON. SUSAN PIERSON SONDERBY |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:   **Richard J. Mason, Trustee**

Authorized to Provide Professional Services to: **Estate of Delmonico's Gourmet Market Prudential, LLC.**

Date of Order Authorizing Employment: **April 3, 2006**

Period for Which Compensation is Sought: From **April 3, 2006** through **Close of Case**

Amount of Fees Sought:          **$3,002.33**

Amount of Expense Reimbursement Sought:     **$0.00**

This is an: ___ Interim Application   __X__ Final Application

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

**EXHIBIT 5**

The amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $0.00.

Date: November 20, 2007           Applicant: /s/ Richard J. Mason
                                              Richard J. Mason, Trustee

Richard J. Mason, P.C. (ARDC #01787659)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois  60601-1815
(312) 849-8100

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DELMONICO'S GOURMET MARKET PRUDENTIAL, LLC., | ) ) | Case No. 06 B 03372 |
| | ) | |
| Debtor. | ) | HON. SUSAN PIERSON SONDERBY |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   THE HONORABLE SUSAN PIERSON SONDERBY,
      BANKRUPTCY JUDGE

NOW COMES Richard J. Mason, Trustee herein, pursuant to 11 U.S.C. §330, and requests $3,002.33.

I.   COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $22,523.33. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $1,752.33 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $0.00 | ($47,500.00 maximum) |
| 3% of balance | $0.00 | |
| TOTAL COMPENSATION | $3,002.33 | (See Exhibit 6) |

II.   TRUSTEE'S EXPENSES

TOTAL EXPENSES     $0.00

**EXHIBIT 5**

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 20th day of November, 2007.

                                      /s/ Richard J. Mason
                                      RICHARD J. MASON, Trustee
                                      McGuireWoods LLP
                                      77 West Wacker Drive
                                      Suite # 4100
                                      Chicago, IL  60601-1815
                                      (312) 849-8100