UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL  60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| DELMONICO'S GOURMET MARKET PRUDENTIAL, LLC., | ) | CASE NO. 06 B 03372 |
| | ) | |
| Debtor. | ) | HON. Susan Pierson Sonderby |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON ABANDONMENT**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

| At: | United States Bankruptcy Court<br>219 South Dearborn Street, Courtroom 642<br>Chicago, Illinois 60604 |
|---|---|
| | On: **January 8, 2008** |
| | At: **10:30 a.m.** |

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| Receipts | $22,533.60 |
|---|---|
| Disbursements | $13,061.20 |
| Net Cash Available for Distribution | $9,472.40 |

4. Applications and Claims for Chapter 7 Fees and Administrative Expenses have been filed as follows:

| Applicant | Compensation and Expenses Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Richard J. Mason (Trustee Fees) | $ 0.00 | $3,002.33 | $ 0.00 |
| Dimonte & Lizak, LLC (Trustee's Special Counsel) | $12,561.20 | $0.00 | $0.00 |
| American Auction (Auctioneer) | $500.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 Fees and Administrative expenses previously approved by order of this Court:    $0.00

\4772827.1

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority wage claims totaling $ 0.00 and priority tax claims totaling $ 0.00 must be paid in full for there to be any dividend to general unsecured creditors. The wage claim priority dividend is anticipated to be 0.00% and the tax claim priority dividend is anticipated to be 0.00%.

Allowed priority wage claims are as follows:

None.

Allowed priority tax claims are as follows:

None.

7. Claims of general unsecured creditors totaling $33,727.60 have been allowed and will be paid only after all allowed administrative and priority claims have been paid in full[1]. The general unsecured dividend is anticipated to be 19.183309% and will be paid as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | People's Gas Light & Coke Co. | $2,513.74 | $482.24 |
| 2 | Sysco Food Services | $7,009.96 | $1,344.74 |
| 3 | Alpha Baking Company | $982.53 | $188.48 |
| 4 | C. Ruffolo & Sons | $16,395.60 | $3,145.21 |
| 5 | CB Supply, Inc. | $6,825.77 | $1,309.40 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: None.

Dated: **November 28, 2007**       For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:     Richard J. Mason, P.C.
Address:    McGuireWoods LLP
            77 West Wacker Drive

---

[1] Dividend Amounts of less than $5.00 will be paid to the Clerk of the U.S. Bankruptcy Court.

\4772827.1

Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

\4772827.1

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

372    Doc 36    Filed 11/28/07    Entered 12/01/07 00:37:04    Desc Imaged
Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                 Page 1 of 1                Date Rcvd: Nov 28, 2007
Case: 06-03372                    Form ID: pdf002             Total Served: 23

The following entities were served by first class mail on Nov 30, 2007.
 db           +Delmonico's Gourmet Market Prudential, LLC,   318 West Adams,    #1700,    Chicago, IL 60606-5100
 aty          +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
 aty          +Jane H Park,   Mirae Law LLC,    2800 S river Road Suite 170,    Des Plaines, IL 60018-6012
 tr           +Richard J Mason,    McGuire Woods LLP,    77 West Wacker Drive,    Suite 4100,
                Chicago, IL 60601-1683
10670709      +Alpha Baking Company,   Acct # 109581,    4545 Lyndale,    Chicago, IL 60639-3419
10670712      +Anderson Pest Control,   Acct # 262210006,    219 W. Diversey Ave.,    Elmhurst, IL 60126-1103
11167247      +C B Supply Inc.,   3445 N. Kimball Ave.,    Chicago, IL 60618-5453
10670716      +C. Ruffolo & Sons,   Acct # None,    3000 S. Ashland Ave #200,    Chicago, IL 60608-5348
10670718      +CB Supply, Inc.,   Acct # None,    3445 N. Kimball Ave.,    Chicago, IL 60618-5453
10670717      +Charles Austin Ltd.,   Acct # None,    1801 S. Canal St.,    Chicago, IL 60616-1522
10670704      +Chicago Soft Drink Tax Administration,    Acct # 3515-4799,    PO Box 5698,
                Chicago, IL 60680-5698
10670715      +Espresso Best,   Acct # Delmonico,    1701 Carmen Drive,    Elk Grove, IL 60007-6401
10670705     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10670703      +Illinois Department of Revenue,    Acct # 3515-4799,    Retailers' Occupational Tax,
                Springfield, IL 62796-0001
10670713      +Pastries By Kay,    Acct # 00508,    7332 W. Maddison St.,    Forest Park, IL 60130-1545
10670714      +People's Energy,    Acct # 4-5000-3670-8426,    130 E. Randolph St.,    Chicago, IL 60601-6207
10759431      +Peoples Gas Light & Coke Co.,    130 E Randolph,    Dr. Chicago, IL 60601-6207
10670710      +Protectco,   Acct # 5395,    830 N. Addison Ave.,    Elmhurst, IL 60126-1218
10670706      +Shorenstein Realty Services, LP,    Acct # TDELMG001,    13791 Collection Center Drive,
                Chicago, IL 60693-0137
10670708      +Sysco Food SVCS,    Acct # 414466,    250 Wieboldt Drive,    Des Plaines, IL 60016-3100
10670707      +US Foodservice, Inc.,    Acct # 30442131,    PO Box 98420,    Chicago, IL 60693-0001
10670719      +Woori America Bank,    Acct # 3310020301,    2053 Lemonie Ave.,    Fort Lee, NJ 07024-5704

The following entities were served by electronic transmission on Nov 29, 2007.
10670711      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                                      ComEd,
                Acct # 0798532037,   PO Box 805379,    Chicago, IL 60680-4115
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 30, 2007**              **Signature:** *Joseph Speetjens*