IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:<br>DELMONICO'S GOURMET MARKET<br>PRUDENTIAL, LLC., | \| | CHAPTER 7 CASE |
| | \| | CASE NO. 06 B 03372 |
| | \| | |
| | \| | HONORABLE SUSAN PIERSON<br>SONDERBY |
| Debtor. | \| | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE ERWIN I. KATZ,
        BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed.  Evidence of cancelled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


December 29, 2008                               /s/ Richard J. Mason
DATE                                            RICHARD J. MASON, TRUSTEE

**EXHIBIT A**

06-03372:30.0:Final Report and Account - Asset:Main Document Entered: 11/20/2007 4:49:42 PM by:Richard Mason Page 23 of 23

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DELMONICO'S GOURMET MARKET | ) | Case No. 06 B 03372 |
| PRUDENTIAL, LLC., | ) | |
| | ) | |
| Debtor. | ) | HON. SUSAN PIERSON SONDERBY |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $3,002.33 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $3,002.33 |

IT IS FURTHER ORDERED that the Trustee is authorized and directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the bankruptcy Court.

DATED THIS _____ DAY OF _____ 2007.

ENTERED: _____

HON. SUSAN PIERSON SONDERBY
UNITED STATES BANKRUPTCY JUDGE

JAN 0 8 2008

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| | ) | |
| **DELMONICO'S GOURMET MARKET PRUDENTIAL, LLC.** | ) | **CASE NO. 06 B 03372** |
| | ) | |
| Debtor. | ) | **HON. SUSAN PIERSON SONDERBY** |

**FINAL DISTRIBUTION REPORT**

I, RICHARD J. MASON, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that, based on my review, I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 3,002.33 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 6,489.80 |
| Surplus To Debtor: | $ | 0.00 |
| | | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 9,492.13 |

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| Secured Claims | | | $0.00 | 0.00% |
| **CLAIM NUMBER** | | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | | $16,063.53 | 100% |
| **CLAIM NUMBER** | | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| N/A | | RICHARD J. MASON, Trustee | $3,002.33 | $3,002.33 |
| N/A | | Dimonte & Lizak, LLC | $12,561.20[1] | $0.00 |
| N/A | | Special Counsel for Trustee, American Auction Auctioneer | $500.00[2] | $0.00 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | | $0.00 | 0.00% |
| **CLAIM NUMBER** | | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | | $0.00 | 0.00% |
| **CLAIM NUMBER** | | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

---

[1] $12,561.20 paid per Order dated July 10, 2007
[2] $500.00 paid per Order dated June 6, 2007

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT (INCLUDING EMPLOYER-PAID TAX) | DIVIDEND AMOUNT (NET OF EMPLOYEE-PAID & EMPLOYER-PAID TAX) |
|---|---|---|---|
| TYPE | | ALLOWANCE | DIVIDEND |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $2,000.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $900.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full)[3] | $33,727.60 | 19.241807% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Peoples Gas Light & Coke Co. | $2,513.74 | $483.68 |
| 2 | Sysco Food Svcs. | $7,009.96 | $1,348.84 |
| 3 | Alpha Baking Company | $982.53 | $189.05 |
| 4 | C. Ruffolo & Sons | $16,395.60 | $3,154.81 |
| 5 | CB Supply Inc. | $6,825.77 | $1,313.40 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

---

[3] Dividend Amounts of less than $5.00 will be paid to the Clerk of the U.S. Bankruptcy Court.

| §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |
|---|---|---|---|

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| None | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: February 5, 2008

By: /s/ Richard J. Mason
RICHARD J. MASON,
Trustee

\FINAL DISTRIBUTION REPORT FOR DELMONICO'S GOURMET #5038371 (v.1).doc

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DELMONICO'S GOURMET MARKET | ) | Case No. 06 B 03372 |
| PRUDENTIAL, LLC., | ) | |
| | ) | |
| Debtor. | ) | HON. SUSAN PIERSON SONDERBY |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $3,002.33 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $3,002.33 |

IT IS FURTHER ORDERED that the Trustee is authorized and directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the bankruptcy Court.

DATED THIS _____ DAY OF _____ 2007.

ENTERED: _____
HON. SUSAN PIERSON SONDERBY
UNITED STATES BANKRUPTCY JUDGE

JAN 0 8 2008

**EXHIBIT B**

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-03372 SPSA | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|
| Case Name: | DELMONICO'S GOURMET MARKET | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 32-0028862 | Account: | ***-*****92-65 - Money Market Account |
| Period Ending: | 12/19/08 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 Trans. Date | 2 (Ref #)/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance $ |
|---|---|---|---|---|---|---|---|
| 06/06/07 | {1} | Shorenstein Realty Services LP | ADVERSARY SETTLEMENT PAYMENT | 1129-000 | 22,500.00 | | 22,500.00 |
| 06/15/07 | 1001 | American Auction Associates, Inc. | AUCTION SERVICE FEE | 2500-000 | | 500.00 | 22,000.00 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.72 | | 22,008.72 |
| 07/10/07 | 1002 | DiMonte & Lizak, LLC | DIMONTE & LIZAK FINAL COMPENSATION | | | 12,561.20 | 9,447.52 |
| | | | FEES FOR ATTORNEY TO TRUSTEE   12,500.00 | 3210-000 | | | |
| | | | EXPENSES FOR ATTORNEY TO TRUSTEE   61.20 | 3220-000 | | | |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.40 | | 9,456.92 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.21 | | 9,462.13 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.71 | | 9,466.84 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.56 | | 9,472.40 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.92 | | 9,477.32 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.82 | | 9,482.14 |
| 01/11/08 | 1003 | Richard J. Mason | | 2100-000 | | 3,002.33 | 6,479.81 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.99 | | 6,483.80 |
| 02/11/08 | 1004 | Peoples Gas Light & Coke Co. | Voided on 03/28/08 | 7100-000 | | 483.68 | 6,000.12 |
| 02/11/08 | 1005 | Sysco Food SVCS | Voided on 03/28/08 | 7100-000 | | 1,348.84 | 4,651.28 |
| 02/11/08 | 1006 | Alpha Baking Company | Voided on 03/28/08 | 7100-000 | | 189.05 | 4,462.23 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.33 | | 4,463.56 |
| 03/12/08 | | Transfer funds to correct bank error | Transfer funds to correct bank error | 1290-000 | 6.00 | | 4,469.56 |
| 03/26/08 | | To Account #*******9266 | Transfer funds from MMA to DDA | 9999-000 | | 4,469.56 | 0.00 |
| 03/28/08 | 1004 | Peoples Gas Light & Coke Co. | Voided: check issued on 02/11/08 | 7100-000 | | -483.68 | 483.68 |
| 03/28/08 | 1005 | Sysco Food SVCS | Voided: check issued on 02/11/08 | 7100-000 | | -1,348.84 | 1,832.52 |
| | | | | Subtotals : | $22,554.66 | $20,722.14 | |

{} Asset reference(s)

Printed: 12/19/2008 05:02 PM    V.10.54

teet

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-03372 SPSA
**Case Name:** DELMONICO'S GOURMET MARKET
**Taxpayer ID #:** 32-0028862
**Period Ending:** 12/19/08

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_****92-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/28/08 | 1006 | Alpha Baking Company | Voided: check issued on 02/11/08 | 7100-000 | | -189.05 | 2,021.57 |
| 03/28/08 | 1007 | Peoples Gas Light & Coke Co. | Voided on 05/09/08 | 7100-000 | | 483.68 | 1,537.89 |
| 03/28/08 | 1008 | Sysco Food SVCS | | 7100-000 | | 1,348.84 | 189.05 |
| 03/28/08 | 1009 | Alpha Baking Company | | 7100-000 | | 189.05 | 0.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.10 | | 1.10 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.18 | | 1.28 |
| 05/09/08 | 1007 | Peoples Gas Light & Coke Co. | Voided: check issued on 03/28/08 | 7100-000 | | -483.68 | 484.96 |
| 05/09/08 | 1010 | Peoples Gas Light & Coke Co. | | 7100-000 | | 483.68 | 1.28 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.04 | | 1.32 |
| 10/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -1.32 | | 0.00 |

|  | | | | | | |
|---|---|---|---|---|---|
| ACCOUNT TOTALS | | 22,554.66 | 22,554.66 | $0.00 |
| Less: Bank Transfers | | 0.00 | 4,469.56 | |
| Subtotal | | 22,554.66 | 18,085.10 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $22,554.66 | $18,085.10 | |

{} Asset reference(s)

Printed: 12/19/2008 05:02 PM   V.10.54

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-03372 SPSA
**Case Name:** DELMONICO'S GOURMET MARKET

**Taxpayer ID #:** 32-0028862
**Period Ending:** 12/19/08

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****92-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/08 | | From Account #*******9265 | Transfer funds from MMA to DDA | 9999-000 | 4,469.56 | | 4,469.56 |
| 03/28/08 | 101 | C. Ruffolo & Sons | | 7100-000 | | 3,154.81 | 1,314.75 |
| 03/28/08 | 102 | C B Supply Inc. | | 7100-000 | | 1,313.40 | 1.35 |
| 10/09/08 | | Miscellaneous debit | | 1290-000 | -1.35 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 4,468.21 | 4,468.21 |
| Less: Bank Transfers | | 4,469.56 | 0.00 |
| Subtotal | | -1.35 | 4,468.21 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $-1.35 | $4,468.21 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****92-65 | 22,554.66 | 18,085.10 | 0.00 |
| Checking # ***-*****92-66 | -1.35 | 4,468.21 | 0.00 |
| | $22,553.31 | $22,553.31 | $0.00 |

Printed: 12/19/2008 05:02 PM

{} Asset reference(s)

**EXHIBIT C**

**JPMorganChase ◯**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 01, 2008 through November 28, 2008
Account Number: **000312891899265**

---

## CUSTOMER SERVICE INFORMATION

Service Center:                          **1-800-634-5273**

00016060 DBI 802 24 33608 - NNNNN  1 000000000  60 0000
06-03372 DELMONICO'S GOURMET MARKET
DEBTOR
330470 RICHARD MASON TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



---

## SAVINGS SUMMARY     Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $5.32 |

This account earns interest daily and the current interest rate is 0.10%.

The total interest paid this year is $5.32.

Page 1 of 1

**JPMorganChase** ◆

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 01, 2008 through November 28, 2008

Account Number: **000312891899266**

---

## CUSTOMER SERVICE INFORMATION

Service Center:              1-800-634-5273



00016061 DBI 802 24 33608 - NNNNN   I 000000000 60 0000
06-03372 DELMONICO'S GOURMET MARKET
DEBTOR
330470 RICHARD MASON TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

---

## CHECKING SUMMARY    Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |